THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIRON SINGLETON, Appellant. [28 NYS3d 600]—Judgment, Su-

preme Court, New York County (Carol Berkman, J.), rendered November 9, 2011, convicting defendant, upon his plea of guilty, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The sentencing court properly found that it had no discretion to waive or defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730 [2016]). Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.